# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| THE BRADLEY CENTER, A PENNSYLVANIA NON-PROFIT CORPORATION | : | No. 197 WAL 2018 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| NORTH STRABANE TOWNSHIP, AND LINDEN VUE HOMEOWNERS ASSOCIATION, INC., AND MAJESTIC HILLS HOMEOWNERS ASSOCIATION | : | |
| | : | |
| PETITION OF: LINDEN VUE HOMEOWNERS ASSOCIATION, INC., AND MAJESTIC HILLS HOMEOWNERS ASSOCIATION | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.